```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 01835
   ELBERT GARNER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4778

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/28/2008 and was confirmed 04/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 07/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY   NOT FILED         .00            .00
NATIONWIDE LOANS LIMITED UNSECURED        608.74         .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG      .00          .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE  16127.01         .00         615.48
AMERICASH LOANS          UNSECURED        584.95         .00            .00
AMERICASH LOANS          UNSECURED        911.13         .00            .00
AMERICAS SERVICING COMPA UNSECURED     NOT FILED         .00            .00
COOK COUNTY TREASURER    SECURED            .00          .00            .00
CINGULAR WIRELESS        UNSECURED     NOT FILED         .00            .00
GREATER CHICAGO FINANCE  UNSECURED        712.85         .00            .00
HINSDALE LAKE TERRACE    UNSECURED       2506.00         .00            .00
PAYDAY LOAN STORE        UNSECURED     NOT FILED         .00            .00
CAR CREDIT               SECURED VEHIC      .00          .00            .00
CAR CREDIT               UNSECURED     NOT FILED         .00            .00
CODILIS & ASSOCIATES     NOTICE ONLY   NOT FILED         .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS   NOT FILED         .00            .00
COOK COUNTY TREASURER    UNSECURED     NOT FILED         .00            .00
ROUNDUP FUNDING LLC      UNSECURED        527.18         .00            .00
JEFFREY L BENSON         DEBTOR ATTY       .00                          .00
TOM VAUGHN               TRUSTEE                                      53.52
DEBTOR REFUND            REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                669.00

PRIORITY                                       .00
SECURED                                     615.48
UNSECURED                                      .00
ADMINISTRATIVE                                 .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01835 ELBERT GARNER
```

```
TRUSTEE COMPENSATION                                              53.52
DEBTOR REFUND                                                       .00
                                          ----------------   ----------------
TOTALS                                             669.00             669.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 10/22/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 08 B 01835 ELBERT GARNER